# Court of Appeals
# of the State of Georgia

ATLANTA,    May 24, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1835.  DARRELL BROWN v. THE STATE.**

Darrell Brown was convicted of multiple offenses, including aggravated assault, aggravated battery, and kidnapping, and his convictions were affirmed on appeal. See *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005).[1] In December 2012, Brown filed a pro se motion titled "Request for Production Order to Resolve Pending Outstanding Matters, Motions, and Writs . . . et seq." The trial court denied this motion, and Brown filed both an application for discretionary appeal and this direct appeal.

The discretionary application, which was docketed as Case Number A13D0320, was dismissed by order dated May 2, 2013.  Under these circumstances, the doctrine of res judicata bars this direct appeal. See *Norris v. Norris*, 281 Ga. 566, 568 (2) (642 SE2d 34) (2007).  This appeal is therefore DISMISSED.

In the order dismissing Brown's application for discretionary appeal, we noted that Brown's application was frivolous.  We cautioned Brown that, if he continued to file frivolous actions, he may find future claims barred by OCGA § 42-12-7.2.[2] For

---

[1] Since this Court issued its decision in *Brown v. State*, this is the 11th action Brown has filed challenging his conviction and/or sentence.

[2] OCGA § 42-12-7.2 provides "[i]n no event shall a prisoner file any action in forma pauperis in any court of this state if the prisoner has, on three or more prior occasions while he or she was incarcerated or detained in any facility, filed any action in any court of this state that was subsequently dismissed on the grounds that such action was frivolous or malicious, unless the prisoner is under imminent danger of serious physical injury."

reasons set forth in our previous order, we deem this action to be frivolous.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/24/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*